42 A.3d 1001

**Raymond J. SMOLSKY and Emory Smith**

**v.**

**GOVERNOR'S OFFICE OF ADMINISTRATION
and Global Tel*Link Corporation.**

**Appeal of Emory Smith.**

Supreme Court of Pennsylvania.

April 25, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of April, 2012 the Order of the Commonwealth Court is hereby **AFFIRMED.**